UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MCALPINE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.

_____/

Case No. 2:24-cv-10931

HONORABLE STEPHEN J. MURPHY, III

**SECOND STIPULATED ORDER**
**EXTENDING SCHEDULING ORDER DATES**

    The parties hereto, by and through their respective counsel, jointly request a second extension of the dates set forth in the Court's Scheduling Order (ECF No. 11), based on good cause set forth below.

    1.    After attempting to resolve this matter at the beginning of discovery, the parties mutually agreed to extend the dates in the Court's Scheduling Order (ECF No. 11). The Court entered an amended Scheduling Order (ECF No. 12).

    2.    The parties have now exchanged discovery documents, which are extensive (combined, over 45,000 documents). The parties have also scheduled depositions to take place in early February.

    3.    Given the extensive number of documents produced on both sides, as well as the need to ensure there is adequate time in the event the depositions disclose that additional discovery is needed, the parties are requesting a sixty (60) day adjournment to the amended Scheduling Order (ECF No. 12) dates as follows:

1

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Ends | 2/18/2025 | 04/18/2025 |
| Dispositive Motions Due | 03/25/2025 | 06/02/2025 |
| Final Pretrial Conference | 08/13/25, 2:00 p.m. | To be determined |
| Trial | 08/26/25, 9:00 a.m. | To be determined |

Accordingly, IT IS HEREBY ORDERED that the Amended Scheduling Order (ECF No. 12) shall be amended for a second time, as follows:

| Event | Current Date | New Date |
|---|---|---|
| Discovery Ends | 02/18/2025 | 04/18/2025 |
| Dispositive Motions Due | 03/25/2025 | 06/02/2025 |
| Final Pretrial Conference | 08/13/25, 2:00 p.m. | 10/15/25, 2:00 p.m. |
| Trial | 08/26/25, 9:00 a.m. | 10/28/25, 9:00 a.m. |

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: January 17, 2025

Stipulated by:

/s/ *Ryan O. R. Kobernick*
Ryan O. R. Kobernick (P84530)
Attorney for Plaintiff


/s/ *Timothy H. Howlett* w/ consent
Timothy H. Howlett (P24030)
Attorneys for Defendant


Dated:   January 16, 2025

3