UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MCALPINE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.

_____/

Case No. 2:24-cv-10931

HONORABLE STEPHEN J. MURPHY, III

### ORDER REQUIRING JOINT STATUS REPORT

The discovery deadline is April 18, 2025. Because the discovery deadline is near, the Court will require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in alternative dispute resolution, and an anticipated timeline of when they will be prepared to engage in meaningful mediation.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report **no later than April 10, 2025**.

**SO ORDERED.**

                                                   s/ Stephen J. Murphy, III
                                                   STEPHEN J. MURPHY, III
                                                   United States District Judge

Dated: March 31, 2025