UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MCALPINE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.

_____/

Case No. 2:24-cv-10931

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER EXTENDING DEADLINES**

The parties hereto, by and through their respective counsel, jointly request an extension of the Dispositive Motions due date set forth in the Court's Scheduling Order (ECF No. 11), based on good cause set forth below.

1. After attempting to resolve this matter at the beginning of discovery, the parties mutually agreed to extend the dates in the Court's Scheduling Order (ECF No. 11). The Court entered an amended Scheduling Order (ECF No. 12). The Court also entered a second amended Scheduling Order (ECF No.15).

2. The parties have now exchanged discovery documents, which is extensive (combined, over 45,000 documents). The parties have also taken depositions with one left to be taken by Plaintiff on May 14, 2025.

3. The parties have agreed to mediation with David Calzone on May 19, 2025. The parties are requesting an extension to the Dispositive Motions due date from 06/02/2025 to 07/14/2025.

Accordingly, **IT IS HEREBY ORDERED** that the Dispositive Motions due date shall be extended from 06/02/2025 to 07/14/2025.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: April 16, 2025


/s/ *Ryan O. R. Kobernick (w/consent)*
Ryan O. R. Kobernick (P84530)
Attorney for Plaintiff

/s/ *Timothy H. Howlett*
Timothy H. Howlett (P24030)
Attorneys for Defendant


Dated:  April 14, 2025