UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN MCALPINE,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.

_____/

Case No. 2:24-cv-10931

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER DISMISSING THE CASE WITH PREJUDICE**

This comes before the Court on stipulation of the parties. The parties to this action have reached a confidential settlement agreement that resolves all claims and disputes between them. As a result, the parties stipulate to dismiss this action with prejudice, each party to bear its own costs and attorneys' fees;

**IT IS HEREBY ORDERED**, that the case is dismissed with prejudice pursuant, each party to bear its own costs and attorneys' fees.

**SO ORDERED.**

                                                    s/ Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: June 24, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Ryan O. R. Kobernick* | /s/ *Timothy H. Howlett* |
| Jennifer L. McManus (P65976) | Timothy H. Howlett (P24030) |
| Ryan O. R. Kobernick (P84530) | Dickinson Wright Pllc |
| Fagan McManus, P.C. | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 500 Woodward Avenue, Suite 4000 Detroit, MI  48226 |
| 25892 Woodward Avenue | |
| Royal Oak, MI  48067-0910 | (313) 223-3500 |
| (248) 542-6300 | thowlett@dickinsonwright.com |
| jmcmanus@faganlawpc.com | |
| rkobernick@faganlawpc.com | |

Dated:  June 24, 2025